ACCEPTED
03-15-00368-CV
7001324
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/18/2015 4:42:13 PM
JEFFREY D. KYLE
CLERK

# THE LAW OFFICE OF MARK COHEN

## Mark Cohen
Attorney & Counselor at Law*

## Rose Cohen
**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/18/2015 4:42:13 PM
JEFFREY D. KYLE
Clerk

September 18, 2015

The Honorable Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
PO Box 12547
Austin, Texas 78711

Re:    No. 03-15-00368-CV; *Laura Pressley, Appellant v. Gregorio "Greg" Casar, Appellee;* In the Court of Appeals for the Third Supreme Judicial District at Austin

Dear Mr. Kyle:

On September 16, 2015 Appellant's counsel efiled Appellant's Brief. On this date, the undersigned realized that the incorrect pages listing the Identity of Parties and Counsel pages were inadvertently used in the filing. Please file this amended list of Identity of Parties and Counsel.

Should you have any questions, please feel free to contact me at your convenience.

Sincerely,

Mark Cohen

MC/jlm

Attachment

cc:    Kurt Kuhn            *Via Email kurt@kuhnhobbs.com*
       Charles Herring      *Via Email cherring@herring-irwin.com*
       Jessica Palvino      *Via Email jpalvino@mcginnislaw.com*

512/474-4424 / 805 W. 10th, Suite 100 / Austin 78701 / Fax: 512/472-5444
*Licensed in Texas and Florida
**Licensed in Texas and Colorado

# AMENDED IDENTITY OF PARTIES AND COUNSEL

The parties subject to this brief and the names and addresses of all trial counsel are as follows:

Appellant in the trial court:      Laura Pressley

Appellee in the trial court:      Gregorio "Greg" Casar

Trial Counsel:

David A. Rogers
State Bar No. 24014089
1201 Spyglass Drive, Suite #100
Austin, Texas 78746
(512) 923-1836   Telephone
(512) 201-4082   Facsimile
Firm@DARogersLaw.com

Mark Cohen
State Bar No. 04508400
805 W. 10th Street, Suite 100
Austin, Texas 78701
(512) 474-4424   Telephone
(512) 472-5444   Facsimile
Mark@cohenlegalservices.com

***ATTORNEYS FOR
CONTESTANT DR. LAURA
PRESSLEY***

Charles 'Chuck' Herring Jr.
State Bar No. 09534100
cherring@herring-irwin.com
Jess Irwin
State Bar No. 10425700
jess@herring-irwin.com
Lauren Ross
State Bar No. 24092001
laurenbross@herring-irwin.com
Herring & Irwin, L.L.P.
1411 West Avenue, Ste 100

Austin, TX 78701
(512) 320-0665 Telephone
(512) 519-7580 Facsimile

Kurt Kuhn
State Bar No. 24002433
Kurt@KuhnHobbs.com
KUHN HOBBS PLLC
3307 Northland Drive, # 310
Austin, Texas 78731
(512) 476-6000 Telephone
(512) 476-6002 Facsimile

Jessica Palvino – 24048780
jpalvino@mcginnislaw.com
McGINNIS LOCHRIDGE &
KILGORE
600 Congress Ave., Ste. 2100
Austin, Texas 78701
(512) 495-6079
(512) 505-6379 – Facsimile

**ATTORNEYS FOR CONTESTEE,
GREGORIO "GREG" CASAR**

**Appellate Counsel:**

Mark Cohen
State Bar No. 04508400
805 W. 10th Street, Suite 100
Austin, Texas 78701
(512) 474-4424 Telephone
(512) 472-5444 Facsimile
Mark@cohenlegalservices.com

**ATTORNEY FOR APPELLANT
DR. LAURA PRESSLEY**

David A. Rogers
State Bar No. 24014089
1201 Spyglass Drive, Suite #100
Austin, Texas 78746
(512) 923-1836   Telephone
(512) 201-4082   Facsimile
Firm@DARogersLaw.com

*PRO SE*

Kurt Kuhn
State Bar No. 24002433
KUHN HOBBS PLLC
3307 Northland Drive, # 310
Austin, Texas 78731
(512) 476-6000   Telephone
(512) 476-6002   Facsimile
Kurt@KuhnHobbs.com

Charles 'Chuck' Herring Jr.
State Bar No. 09534100
Herring & Irwin, L.L.P.
1411 West Avenue, Ste 100
Austin, TX  78701
(512) 320-0665   Telephone
(512) 519-7580   Facsimile
cherring@herring-irwin.com

**ATTORNEYS FOR APPELLEE
GREGORIO "GREG" CASAR**